UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TERESA NINOSKA FLORES SELVA,

    Defendant.

Case No. '20 CR1677 DMS

I N D I C T M E N T

Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine

The grand jury charges:

On or about March 21, 2020, within the Southern District of California, defendant TERESA NINOSKA FLORES SELVA did knowingly and intentionally import 500 grams and more, to wit: approximately 25.40 kilograms (55.88 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 18, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
DEBORAH E. BERCOVITCH
Special Asst. U.S. Attorney

DEBE:cms:San Diego:6/17/20