RANDY S. GROSSMAN
United States Attorney
JESSICA A. SCHULBERG
Assistant United States Attorney
Wisconsin Bar No. 1105177
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9664
Jessica.Schulberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PENELOPE SARAH BAGGETT,<br><br>                    Defendant. | Case No. 20-cr-01629-LAB-1<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

        Name

        None.

//

JSCH:im:4/6/2022

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

Deborah Eve Bercovitch.

Please feel free to call me if you have any questions about this notice.

DATED: April 6, 2022.

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney


*s/ Jessica A. Schulberg*
JESSICA A. SCHULBERG
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA