1  **DANIEL T. LEE**
   California State Bar No. 343306
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Daniel_Lee@fd.org

Attorneys for Ms. Flores Selva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-1677-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw<br>Date: April 5, 2024<br>Time: 11:00 a.m. |
| v. | |
| TERESA NINOSKA FLORES SELVA, | JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING |
| Defendant. | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Daniel T. Lee, and Federal Defenders of San Diego, counsel for Teresa Ninoska Flores Selva, along with Assistant United States Attorney, Jessica Schulberg, that the motion hearing currently set for April 5, 2024, be continued to **May 17, 2024, at 11:00 a.m.** Ms. Selva is currently detained in El Centro, and the government sent over a new offer to resolve the case on Monday, April 1, 2024. The continuance is necessary to allow additional time for defense counsel to review pending discovery and meet with Ms. Flores Selva to review the government's new offer.

/ /

/ /

/ /

The Parties further agree that time should be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Dated: April 3, 2024

*s/ Daniel T. Lee*
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Flores Selva

Dated: April 3, 2024

*s/ Jessica Schulberg*
Assistant United States Attorney

2

20-CR-1677-DMS

JOINT MOTION TO CONTINUE MOTION HEARING

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Jessica Schulberg, AUSA to affix her electronic signature to this document.

*s/ Daniel T. Lee*
Federal Defenders of San Diego, Inc.
Daniel_Lee@fd.org