UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE DANA M. SABRAW

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-1677-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | |
| TERESA NINOSKA FLORES SELVA, | ORDER TO CONTINUE MOTION HEARING |
| Defendants. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently scheduled for April 5, 2024, be continued to **May 17, 2024, at 11:00 a.m.**

It is further ordered that the time between April 5, 2024, and **May 17, 2024**, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: __04/04/24_

_____
**Honorable Dana M. Sabraw**
United States District Judge