**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TERESA NINOSKA FLORES SELVA,<br><br>   Defendant. | Case No.: 20CR1677-DMS<br><br>**I N F O R M A T I O N**<br>**Superseding**<br><br>Title 18, U.S.C., Sec. 545 – Importation of Merchandise (Felony)<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony) |

The United States Attorney charges:

### Count 1

On or about March 21, 2020, within the Southern District of California, defendant, TERESA NINOSKA FLORES SELVA, did knowingly import and bring into the United States, merchandise contrary to law, in violation of Title 19, United States Code, Section 1461; all in violation of Title 18, United States Code, Section 545.

### Count 2

On or about March 21, 2020, within the Southern District of California, defendant, TERESA NINOSKA FLORES SELVA, did knowingly and intentionally import 500 grams and more, to wit: approximately 25.40

JSCH:4/1/2024

kilograms (55.88 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/9/2024  .

TARA K. McGRATH
United States Attorney

JESSICA ADELINE SCHULBERG
Assistant U.S. Attorney