**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 20CR1677-DMS |
| Plaintiff, | <u>ORDER</u> |
| V. | |
| TERESA NINOSKA FLORES SELVA, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count One of the Superseding Information .

Dated:  5/7/2024

Hon. Dana M. Sabraw
United States District Judge