1 TARA K. MCGRATH
United States Attorney
2 JESSICA ADELINE SCHULBERG
Assistant U.S. Attorney
3 Wisconsin No. 1105177
4 United States Attorney's Office
880 Front Street, Room 6293
5 San Diego, CA 92101
6 (619) 546-9664
Jessica.schulberg@usdoj.gov
7
8 Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR1677-DMS |
|---|---|
| Plaintiff, | **THE UNITED STATES' SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)** |
| v. | |
| TERESA NINOSKA FLORES SELVA, | Date: September 20, 2023<br>Time: 09:00 a.m.<br>Judge: Honorable Dana M. Sabraw |
| Defendant. | |

The UNITED STATES OF AMERICA, by and through its counsel, TARA K. MCGRATH, United States Attorney, and JESSICA ADELINE SCHULBERG, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Government Motion under USSG §3E1.1(b), which is based upon the files and records of this case.

DATED: September 14, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

/s/ *Jessica Adeline Schulberg*
JESSICA ADELINE SCHULBERG
Assistant U.S. Attorney

# SENTENCING SUMMARY CHART
☒ **AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)**

Sentencing Date: September 20, 2024

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Teresa Ninoska Flores Selva        Docket No.: 20CR1677-DMS
                                                     AUSA Phone No.: (619) 546-9664

Guideline Manual Used: November 1, 2023              Agree with USPO Calc.: ☐

Base Offense Level: USSG § 2T3.1(c)(1), 2D1.1(c)(1) Smuggling Goods into the U.S.     38
    21.90 kg bulk methamphetamine x .9 = 19.71 kg
    19.71 kg x 98% pure = 19.32 kg methamphetamine actual

Specific Offense Characteristics:
Safety Valve - USSG §§ 2D1.1(b)(18) and 5C1.2                                          -2
Adjustment for Role in the Offense: USSG § 2D1.1(a)(5)                            34/-2*
Adjustment for Obstruction of Justice:
Adjustment for Reckless Endangerment During Flight:
Adjusted Offense Level:                                                               30
Adjustment for Acceptance of Responsibility - ☒ Government Motion – USSG §3E1.1(b)    -3
Total Offense Level:                                                                  27
Criminal History Score:                                                                0
Criminal History Category:                                                             I
Guideline Range:                                       from 70 mths to 87 mths

Departures:
Combination of Circumstances - USSG § 5K2.0                                           -4
Adjusted Offense Level:                                                               23
Resulting Guideline Range:
                                                       from 46 mths to 57 mths

**RECOMMENDATION: 46 Months in Custody\*\* 3 Years of Supervised Release, $100 S/A, No Fine**

**\*Minor Role:** Under the relevant analysis pursuant to *United States v. Dominguez-Caicedo*, 40 F.4th 938, 960 (9th Cir. 2022) and *United States v. Rodriguez*, 44 F.4th 1229 (9th Cir. 2022), and the factors set forth in § 3B1.2, n.3(C), Defendant appears to have met his burden for a role reduction.

**\*\*Variance:** The Government has considered the 18 U.S.C. § 3553(a) factors and does not recommend a variance.