**SAMUEL J. POPE**
California State Bar No. 349291
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Samuel_Pope@fd.org

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-1677-DMS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| TERESA NINOSKA FLORES-SELVA, | **\*\*_REPLACING COUNSEL_\*\*** |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, **Samuel J. Pope**, Federal Defenders of San Diego, Inc., files this Notice of Appearance as *lead attorney* in the above-captioned case, replacing Daniel T. Lee. Please *terminate* **Daniel T. Lee** as attorney of record in this matter.

Respectfully submitted,

Dated: October 7, 2024      *s/ Samuel J. Pope*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Samuel_Pope@fd.org