TARA K. McGRATH
United States Attorney
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Washington, D.C. Bar No. 470096
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6735
Email: Alexandra.Foster@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **TERESA NINOSKA FLORES SELVA,** <br><br> Defendant. | Case No.: 20-cr-01677-DMS <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

  Name

  **NONE**

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**JESSICA SCHULBERG**

Please feel free to call me if you have any questions about this notice.

DATED: October 15, 2024.

Respectfully submitted,

TARA K. McGRATH
United States Attorney


*s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Attorney for Plaintiff
United States of America
