**SAMUEL J. POPE**
California State Bar No. 349291
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Samuel_Pope@fd.org

Attorneys for Ms. Flores-Selva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA NINOSKA FLORES-SELVA,<br><br>Defendant. | Case No: 20-CR-1677-DMS<br><br>Date: December 13, 2024<br>Time: 9:00 a.m.<br><br>**MS. FLORES-SELVA'S SENTENCING SUMMARY CHART** |

Teresa Ninoska Flores-Selva, by and through counsel, Samuel J. Pope, and Federal Defenders of San Diego, Inc., files the attached Sentencing Summary Chart.

Respectfully submitted,

Dated: December 6, 2024

*s/ Samuel J. Pope*
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Flores-Selva

Email: Samuel_Pope@fd.org

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: | |
| AUSA: | |
| DEF: | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | Teresa Ninoska Flores-Selva | Docket No. | 20CR1677-DMS |
| Attorney's Name: | Samuel Pope | Phone No.: | |
| Guideline Manual Used: | Nov. 2023 | Agree with USPO Calc.: | No |

| | |
|---|---|
| Base Offense Level: (U.S.S.G. § 2D1.1(c)(1)) | 34* |
| | |
| Specific Offense Characteristics: | |
| U.S.S.G. § 2D1.1(c)(1) – Safety Valve | -2 |
| | |
| Adjustments: | |
| U.S.S.G. § 3B1.2 – Minor role* | -2 |
| U.S.S.G. § 4C1.1 – Zero-point Offender | -2 |
| | |
| Adjusted Offense Level: | 28 |
| ☐Combined (Mult. Counts)   ☐Career Offender   ☐Armed Career Criminal | |
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 25 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
|    ☐Career Offender   ☐Armed Career Criminal | |
| Guideline Range:    (Range limited by:   ☐Minimum Mandatory   ☐Statutory Maximum) | *from:* 57 months |
| Departures: | *to:* 71 months |
| U.S.S.G. § 5K2.0 – Combination of Circumstances | -4 |
| U.S.S.G. § 5K2.12 – Coercion and Duress | -4 |
| Adjusted Offense Level: | 17 |
| Resulting Guideline Range: | *from:* 24 months |
| | *to:* 30 months |

**Recommendation:**
Ms. Flores-Selva joins with the Government's recommendation for the reductions for Safety Valve under U.S.S.G. § 2D1.1(b)(18) and 5C1.2 as well as Minor Role under U.S.S.G. §

2D1.1(a)(5) and 3B1.2. *See* ECF. No. 34.

For the reasons stated in her Sentencing Memorandum, Ms. Flores-Selva respectfully asks for a sentence of 12 months and one day.