TARA K. MCGRATH
United States Attorney
ALEXNARDA F. FOSTER
Assistant U.S. Attorney
Washington, D.C. No. 470096
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-6735
Alexandra.Foster@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA NINOSKA FLORES SELVA,<br><br>Defendant. | Case No. 20CR1677-DMS<br><br>**THE UNITED STATES' AMDENDED SENTENCING SUMMARY CHART AND MOTION UNDER USSG § 3E1.1(b)**<br><br>Date: December 13, 2024<br>Time: 09:00 a.m.<br>Judge: Honorable Dana M. Sabraw |

The UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, hereby files its Amended Sentencing Summary Chart and Government Motion under USSG §3E1.1(b), which is based upon the files and records of this case.

DATED: December 11, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

/s/ *Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant U.S. Attorney

# AMENDED SENTENCING SUMMARY CHART
☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)

Sentencing Date: December 13, 2024

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Teresa Ninoska Flores Selva   Docket No.: 20CR1677-DMS
AUSA Phone No.: (619) 546-6735

Guideline Manual Used: November 1, 2023   Agree with USPO Calc.: ☐

| | |
|---|---:|
| Base Offense Level: USSG § 2T3.1(c)(1), 2D1.1(c)(1) Smuggling Goods into the U.S. | 38 |
| 21.90 kg bulk methamphetamine x .9 = 19.71 kg | |
| 19.71 kg x 98% pure = 19.32 kg | |
| | |
| Specific Offense Characteristics: | |
| Safety Valve - USSG §§ 2D1.1(b)(18) and 5C1.2 | -2 |
| Adjustment for Role in the Offense: USSG § 2D1.1(a)(5) | 34/-2* |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 30 |
| Adjustment for Acceptance of Responsibility - ☒ Government Motion – USSG §3E1.1(b) | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| Guideline Range: from 70 mths to 87 mths | |
| | |
| Departures: | |
| Zero-Point Offender Adjustment - USSG § 4C1.1 | -2 |
| Combination of Circumstances - USSG § 5K2.0 | -4 |
| Adjusted Offense Level: | 21 |
| Resulting Guideline Range: | |
| from 37 mths to 46 mths | |

**RECOMMENDATION: 37 Months in Custody** 3 Years of Supervised Release, $100 S/A, No Fine**

*__Minor Role:__ Under the relevant analysis pursuant to *United States v. Dominguez-Caicedo*, 40 F.4th 938, 960 (9th Cir. 2022) and *United States v. Rodriguez*, 44 F.4th 1229 (9th Cir. 2022), and the factors set forth in § 3B1.2, n.3(C), Defendant appears to have met his burden for a role reduction.

**__Variance:__ The Government has considered the 18 U.S.C. § 3553(a) factors and does not recommend a variance.